# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00392

A.K., a minor, by and through KELLEY MOYER,

    Plaintiff(s),

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5, et al.,

    Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

A.K., a minor, by and through KELLEY MOYER,

    DATED at Los Angeles, CA this 29th day of April, 2020.

                                          Eugene Volokh
                                          Name of Attorney
                                          385 Charles E. Young Dr. E
                                          Office Address
                                          Los Angeles, CA 90095
                                          City, State, ZIP Code
                                          310-206-3926
                                          Telephone Number
                                          volokh@law.ucla.edu
                                          Primary CM/ECF E-mail Address

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

akr@fpchq.org
josephgreenlee@gmail.com
law.rmd@gmail.com
dspivey@semplelaw.com
jfero@semplelaw.com
bcase@semplelaw.com


I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

None



*s/ Eugene Volokh*