# EXHIBIT A



# EXHIBIT B



# Endeavor Academy

14076 East Briarwood Avenue
Centennial, Colorado 80112
720.886.7200

October 11, 2019

Parents/Guardians of ███████
5229 S. Fraser Way
Aurora, CO 80015

Dear Parents/Guardians,

This letter is a follow-up in regards to your student, ███████, who was referred to my office on October 11, 2019 for detrimental behavior. ███████ was assigned five days of out-of-school suspension on October 11, 2019 and October 21–October 24, 2019.

Cherry Creek School District Policy, JKD-1-E, "Grounds for Suspension and Expulsion," JICDA "Conduct and Discipline Code" and Colorado Revised Statutes 22-33-106, (1) (a-e) and 3 (c, e, and f), state students may be suspended from a public school for the following:

> *"Behavior on or off school property which is detrimental to the welfare, safety, or morals of other students or school personnel."*

During the period of out of school suspension, ███████ is not to be on the school grounds, in any building, or in attendance of any school activity of the Cherry Creek School District. Violation of this rule could result in her arrest for trespassing.

███████ is expected to behave in such a way that allows her to grow and find educational success. As we have previously discussed, any further incidents will result in additional consequences being taken by Endeavor Academy. If you have any questions, please call me at 720-886-7200.

Sincerely,

*[signature]*

Caroll Duran
Principal

CD/mw



*Dedicated to Excellence*
Cherry Creek Schools