# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**A.K.,** a minor, by and through  
**KELLEY MOYER**

        Plaintiff

      **v.**                      Civil Action No. – 1:20-cv-00392

**CHERRY CREEK SCHOOL**  
**DISTRICT NO. 5,** *et al.*,

        Defendants

## DECLARATION OF A.K.

I, A.K., declare:

1. I know and understand the facts that are written below, and would honestly and truthfully testify about them if I was asked about them in court by a judge.

2. I am 17 years-old and currently enrolled as a student at Endeavor Academy.

3. I, along with many of my friends and classmates, use an application called "Snapchat" on our phones. Through this application I post pictures that sometimes contain captions. I am able to select whether these pictures are viewed by a select person or group of people or anyone who follows my account.

4. On the morning of October 10, 2019, I posted a picture of myself wearing a scarf wrapped around my head. The scarf was loaned to me by a friend. The picture contained no caption.

5. I received several messages from my volleyball teammates which told me that the photo was racist. As a result, I removed the photo.

6. Shortly thereafter, I reposted the photo with a caption. The caption stated "Allahu ackbar (I live in America so fuck you if your offended, I can do what I want."

7. I received more messages from my teammates that stated they were going to report me to the school administration.

8. Upon careful consideration, I decided to see the principal, Caroll Duran, without having been called to the office.

9. I explained to Principal Duran that I had posted an image with a caption and showed the content to her. Principal Duran acknowledge the photo but did not verbalize or otherwise indicate I had done something wrong or in violation of the school or district's policies.

10. A while later, I was called back to Principal Duran's office. She explained that she had received some complaints from other students and that I could not be punished for the content I had posted but that I should be more sensitive to others when posting images.

11. At no point during the second conversation did Principal Duran indicate that I had violated a school or district policy. In fact, she indicated that the content I had posted was not something that could be punished.

12. During the evening of October 10, 2019, I was at home with my family. My brother and I planned to go to Centennial Gun Club to practice marksmanship and gun safety.

13. Prior to leaving for the range, I posted another picture to my Snapchat account which depicted my brother and I with shemaghs wrapped around our heads, holding firearms, and giving the middle finger to the camera. The caption read

> me and my legal guardian are going to the gun range to practice gun safety and responsible gun ownership while getting better so we can protect ourselves while also using the first amendment to practice our second ammendment [sic].

14. The image was not directed at anybody in particular and was posted for all to see.

15. Nothing about the picture was threatening or otherwise intended to be perceived as threatening. Nor was the picture taken or sent during school hours or from school grounds.

16. The following morning, on October 11, 2019, my mother and stepfather came with me to school because the police had been dispatched to my father's house the evening of October 10, allegedly due to the picture.

17. We were escorted by security officers to Principal Duran's office where we were met by Principal Duran and Assistant Principal Matt Larson. A security officer stood outside the door during this meeting.

18. During this meeting I was informed that I would be suspended for a period of five days. My mother asked why I was being suspended and was told that "When we see pictures of a 17-year-old holding an assault rifle, it sends panic through our building."

19. Both Principal Duran and Assistant Principal Larson agreed that I had not threatened anyone in the Snapchat photo or at any other point in time.

20. Neither Principal Duran or Assistant Principal Larson mentioned the other two photos that I "self-reported" to Principal Duran the morning of October 10, 2019. The only photo discussed and the basis for my suspension was the one in which I posted after school, from home, with my brother holding firearms.

21. I have posted pictures on Snapchat and Facebook previously which depict me holding firearms and shooting.

22. Our family is constitutionally oriented, where we believe that constitutional rights are important to exercise. Those include the First Amendment and the Second Amendment. We also spend time practicing with firearms to maintain proficiency and safe practices.

23. Now that I have been disciplined for posting a picture on Snapchat where I am holding a firearm, I am concerned and have refrained from posting

additional pictures on Snapchat where I am holding firearms for fear of being suspended again.

    I understand that this written statement is going to be used in court, and it's important for me to tell the truth. Everything in this statement is accurate and based on my memory of the events.

DATED: April _29, 2020

_____<i>AK</i>_____<br>A.K.