# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **A.K.,** a minor, by and through **KELLEY MOYER** | : : | |
| Plaintiff | : : | |
| v. | : : | Civil Action No. – 1:20-cv-00392 |
| **CHERRY CREEK SCHOOL DISTRICT NO. 5,** *et al.*, | : : : | |
| Defendants | : | |

## DECLARATION OF CHAD JOHNSON

I, Chad Johnson, am competent to state and declare the following based on my personal knowledge:

1. I am the biological father of A.K., the plaintiff in the above-captioned matter.

2. On the evening of October 10, 2019, A.K. was at home and planned to go to Centennial Gun Club with her brother to practice marksmanship and gun safety.

3. Prior to leaving for the range, she posted a picture to her Snapchat account which depicted her and her brother with shemaghs wrapped around their heads, holding firearms, and giving the middle finger to the camera.

4. Later that evening, at 9:30 pm, the Aurora Police Department ("Aurora P.D.") visited my home in response to a report of the aforementioned Snapchat post. I was at work at the time.

5. I received a notification from the RING app that the camera had detected movement. When I checked the notification, I saw several police officers at my front door.

6. At 9:35 PM I called the Aurora P.D.'s non-emergency line to inquire as to why officers had come to my home.

7. My call was answered by their desk which gave me little information, took my contact information, and told me that they would pass it along to the officers who had been at my home.

8. At 9:57 PM I again called the Aurora P.D., as I had not received a call from the officers who were at my home, to inquire as to why the officers had come to my home.

9. At 10:51 PM I received a call from one of the responding officers. The officer was very apologetic for having bothered me. The officer explained that they responded to my home based on a concern expressed by A.K.'s school in light of the photo she had posted to Snapchat earlier that evening.

10. The officer informed me that there was no crime that had been committed and that there was no action they could take in response to the photo posted. Further, the officer expressed that they were of the opinion that the photo was not indicative of a threat.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

DATED: April 27th, 2020.

_____
Chad Johnson