# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **A.K.,** a minor, by and through **KELLEY MOYER** | : : : | |
| Plaintiff | : : | |
| v. | : : | Civil Action No. – 1:20-cv-00392 |
| **CHERRY CREEK SCHOOL DISTRICT NO. 5,** *et al.*, | : : : | |
| Defendants | : | |

## DECLARATION OF KELLEY MOYER

I, Kelley Moyer, am competent to state and declare the following based on my personal knowledge:

1. I am the mother of A.K. the plaintiff in the above captioned matter.

2. On the evening of October 10, 2019, A.K. was at home and planned to go to Centennial Gun Club with her brother to practice marksmanship and gun safety.

3. Prior to leaving for the range, she posted a picture to her Snapchat account which depicted her and her brother with shemaghs wrapped around their heads, holding firearms, and giving the middle finger to the camera. The caption read

> me and my legal guardian are going to the gun range to practice gun safety and responsible gun ownership while getting better so we can protect ourselves while also using the first amendment to practice our second

ammendment [sic].

4.   A.K. had my permission to hold the firearm and to go to the range with her brother. Based on my interpretation of the picture, nothing about it was threatening nor do I believe it to be intended to be perceived as threatening. The picture was taken in my home after school around 7 PM.

5.   That evening, I received a phone call from A.K.'s father stating that the Aurora Police Department had come to his home in response to a report about the aforementioned Snapchat post.

6.   Among other things, her father relayed that the officers told him there was plainly no threat by A.K. for them to "assess" for law enforcement purposes.

7.   The following morning, I, along with A.K. and her stepfather, went to Endeavor Academy in order to understand why the police were sent to her father's home.

8.   Upon our arrival, we were met by several security officers who escorted us to Principal Duran's office.

9.   We were met by Principal Duran and Assistant Principal Larson. During our meeting, an Arapahoe County Sheriff's Deputy remained outside the door.

10.  Principal Duran began the meeting by stating that she assumed I was present because of the Snapchat picture. While the school later added other purported grounds for my daughter's suspension, as discussed below, at the time,

we were informed that A.K. was suspended for five days as a result of the post which depicted her holding a firearm.

11.     I asked a number of questions as to why my daughter was being suspended, only to be told by Principal Duran that "When we see pictures of a 17-year-old holding an assault rifle, it sends panic through our building."

12.     Both Principal Duran and Assistant Principal Larson agreed that my daughter had not threatened anyone in the Snapchat Post or in any other manner.

13.     Neither Principal Duran nor Assistant Principal Larson could identify a specific district or school policy that my daughter had violated in publishing the Snapchat post.

14.     I again inquired as to why my daughter was suspended and was told by Principal Duran that it was because she was holding a gun.

15.     I explained that the caption was clear as to what was occurring, that being my daughter was going to the gun range with her brother. Principal Duran stated that it did not matter.

16.     During this meeting the only issue discussed was A.K.'s Snapchat post which depicted my daughter and her brother wearing shemaghs and holding firearms.

17.     Later that day, I received an email which contained a copy of a letter that was being mailed to us. A copy of this email and letter are attached hereto and incorporated herein as Exhibit 1. The letter stated the basis for my daughter's suspension, which only indicated that she was being suspended pursuant to CCSD

Policy No. JKD-1-E ("Grounds for Suspension, Expulsion or Denial of Admission"), CCSD Policy No. JICDA ("Conduct and Discipline Code"), and C.R.S. § 22-33-106. The letter then purports to quote subsection 19 of CCSD Policy No. JICDA:

> *"Behavior on or off school property which is detrimental to the welfare, safety, or morals of other students or school personnel."*

18. The letter did not explain how or why my daughter's post was detrimental to the welfare, safety, or morals of other students or school personnel. Nor were any of those addressed by Principal Duran or Assistant Principal Larson during our meeting that morning.

19. Additionally, the letter threatened "[a]s previously discussed, any further incidents will result in additional consequences being taken by Endeavor Academy." *See* Exhibit 1.

20. It was not until October 25, 2019, after reviewing the response to the grievance I filed about my daughter's suspension, that I became aware that the school was claiming there was another purported basis for my daughter's suspension. I sent an email to Assistant Principal Larson requesting more information and explained

> ...I noticed some language indicating that the school was suspending [A.K.] for other things not brought to my attention during our first meeting on October 11th, 2019. It references some "posts and contents" to other students. Caroll Duran told me at the meeting on October 11th that [A.K.] was being suspended for the post of the picture regarding [A.K.] with a firearm that sent the Aurora PD to the home regarding these firearms. In this letter it seems to refer to additional posts. *In order for me to appeal this decision I believe we have the right to know what exactly [A.K.] has been suspended for.*

(emphasis added). A copy of the grievance, the school's response, and my subsequent email are attached hereto and incorporated herein as Exhibit 2.

21. At the time of my email, the only basis for my daughter's suspension that had ever been discussed, mentioned, or even alluded to was the picture of her holding a firearm.

22. It was not until November 4, 2019 that I was provided with additional documentation as to the other "posts and contents".

23. Our family is constitutionally oriented, where we believe that constitutional rights are important to exercise. Those include the First Amendment and the Second Amendment. We also spend time practicing with firearms to maintain proficiency and safe practices.

24. Now that my daughter has been disciplined for posting a picture on Snapchat where she was holding a firearm, she has expressed concern and as a result, has refrained from posting additional pictures on Snapchat where she is holding firearms for fear of being suspended again.

25. It is my understanding that this incident has been recorded in documents maintained by Endeavor Academy in relation to my daughter.

26. Due to the COVID-19 Pandemic, public schools, including those within the CCSD, have suspended in-person classes and school activities. *See* Governor's Executive Order closing public schools on March 18, 2020 [https://www.colorado.gov/governor/sites/default/files/inline-files/D%202020%20007%20Ordering%20Suspension%20of%20Normal%20In-Person%20Instruction_0.pdf]; and Executive Order extending closure on April 1,

2020 [https://www.colorado.gov/governor/sites/default/files/inline-files/D%202020%20021%20P-12%20Extension_0.pdf].

27. CCSD is conducting learning through online and remote platforms that will continue through the remainder of the school year. *See* CCSD Order commencing remote learning on March 30, 2020 [https://www.cherrycreekschools.org/site/Default.aspx?PageID=12162]; CCSD Order extending remote learning through the end of the 2019-2020 school year [https://www.cherrycreekschools.org/site/Default.aspx?PageID=12228].

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

DATED: April 29, 2020

*Kelley Moyer*
Kelley Moyer

# EXHIBIT 1



# Endeavor Academy

14076 East Briarwood Avenue
Centennial, Colorado 80112
720.886.7200

October 11, 2019

Parents/Guardians of ▮▮▮▮▮▮▮▮
5229 S. Fraser Way
Aurora, CO 80015

Dear Parents/Guardians,

This letter is a follow-up in regards to your student, ▮▮▮▮▮▮▮▮, who was referred to my office on October 11, 2019 for detrimental behavior. ▮▮▮▮▮▮ was assigned five days of out-of-school suspension on October 11, 2019 and October 21-October 24, 2019.

Cherry Creek School District Policy, JKD-1-E, "Grounds for Suspension and Expulsion," JICDA "Conduct and Discipline Code" and Colorado Revised Statutes 22-33-106, (1) (a-e) and 3 (c, e, and f), state students may be suspended from a public school for the following:

*"Behavior on or off school property which is detrimental to the welfare, safety, or morals of other students or school personnel."*

During the period of out of school suspension, ▮▮▮▮▮▮ is not to be on the school grounds, in any building, or in attendance of any school activity of the Cherry Creek School District. Violation of this rule could result in her arrest for trespassing.

▮▮▮▮▮▮ is expected to behave in such a way that allows her to grow and find educational success. As we have previously discussed, any further incidents will result in additional consequences being taken by Endeavor Academy. If you have any questions, please call me at 720-886-7200.

Sincerely,

Caroll Duran
Principal

CD/mw



*Dedicated to Excellence*
Cherry Creek Schools

# EXHIBIT 2

 Kelley Moyer <kmccollum.astrahealth@gmail.com>

## FW: Scanned from a Xerox Multifunction Printer
2 messages

**Larson, Matthew E** <mlarson@cherrycreekschools.org>  Mon, Oct 21, 2019 at 4:01 PM
To: Kelley Moyer <kmccollum.astrahealth@gmail.com>

Good Afternoon,

Attached is the process for filing a complaint or grievance.

Regards,

Sent from Mail for Windows 10

Matthew Larson

Assistant Principal

Endeavor Academy.

720-886-7209

mlarson@cherrycreekschools.org

---

**From:** xerox@cherrycreekschools.org <xerox@cherrycreekschools.org>
**Sent:** Monday, October 21, 2019 3:17:41 PM
**To:** Larson, Matthew E <mlarson@cherrycreekschools.org>
**Subject:** Scanned from a Xerox Multifunction Printer

Please open the attached document.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set
Device Name: XRX9C934E72FA27

 **Scanned from a Xerox Multifunction Printer.pdf**
157K

**Kelley Moyer** <kmccollum.astrahealth@gmail.com>  Tue, Oct 22, 2019 at 4:34 PM
To: "Larson, Matthew E" <mlarson@cherrycreekschools.org>

Caroll Duran Principal

Matt Larson Assistant Principal

Letter of Grievance:

Regarding ███████ and Unlawful Suspension

Please be advised this is a formal complaint and grievance regarding this suspension. I was told during the meeting on 10/11/2019 that ███████ was being suspended for the "concerns that brought us in". After we spoke about a picture that ███████ was in and posted on her Snapchat with her brother. I briefly explained that I spoke to 2 police agencies regarding this picture that was not sent to anyone, and had writing included on it. The picture showed ███████ standing with her brother holding a handgun and her 22 year old brother holding a rifle. ███ and her brother were flipping of the "enemy" of the United States of America in this picture and wearing head gear that is part of the United States Military Uniform given to her by her brother. Caroll told me "anytime you see a picture of a 17 year old holding an assault rifle it sends panic through the building." I asked why? I did not receive an answer to this question. I also asked if ███████ had made any type of threat at any time to any person and Caroll replied, " NO". I said there is a caption at the bottom of the picture which clearly states her intentions of going to the gun range to SAFELY practice shooting her brothers gun. A fun activity that she likes to do often with him. There is nothing in this picture taken off of school grounds after school hours that would indicate any violation to any school policy at any time.

It is in violation of your very own policy that states "<u>The rules shall not infringe on constitutionally protected rights</u>, shall be clearly and specifically described, shall be printed in a handbook or some sort of publication made available to students and parents/guardians, and shall have an effective date subsequent to the dissemination of the published handbook."

A brief review of our first and second amendments of our Constitution clearly show that my daughters' picture is Constitutionally protected speech and activity.

Passed by Congress September 25, 1789. Ratified December 15, 1791. The first and 2nd amendments from the Bill of Rights

1st Amendment: Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

2nd Amendment Right to Bear Arms

Passed by Congress September 25, 1789. Ratified December 15, 1791. The first 10 amendments form the Bill of Rights

A well-regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

I fully expect for this suspension to immediately end and for her to be reinstated immediately. My daughter is receiving death threats and threats of violence due to the fear mongering cultivated by this school, and suspending her without cause is lending to these rumors and causing further harm to her. This schools illegal actions are against her Constitutional rights and the Cherry Creek School district has no authority in this matter. I intend to fight to the full extent of the law in this matter. Please explain to me the next step I need to take in this process. Thank you for your time.

[Quoted text hidden]

--

**Kelley McCollum, L.P.N.
Compliance Officer
Astra Health Care, Inc.
6825 E Tennessee Ave #350
phone: 303-270-0000   Fax: 303-736-2028**

**\*\*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for official use only, for the intended recipient and may contain confidential and privileged information. If you have received this email in error please notify the sender immediately by e-mail and destroy this message. Email is not a secure form of communication for transmitting Protected Health Information under the HIPAA Privacy Rule. Your use of email to communicate**

protected health information indicates that you acknowledge and accept the possible risks associated with such communication. Please consider communicating any sensitive information by telephone or fax. If you do not wish to have your information sent by email, please contact the sender immediately.**



# Endeavor Academy

14076 East Briarwood Avenue
Centennial, Colorado 80112
720.886.7200

**To The Parents and or Guardian of** ▮▮▮▮▮▮▮▮▮

This letter is Endeavor Academy's response to Ms. Kelly McCollum's complaint/grievance submitted on Tuesday, October 22, 2019. The letter detailed the family's disagreement with ▮▮▮▮▮▮ five day suspension.

On or around Thursday, October 10th the ▮▮▮▮▮▮ posted pictures and text online. Multiple Endeavor and CCIC students viewed the posts; and in turn, relayed the posts' contents to their parents. On Friday, October 11th, several students voiced their concern about the posts; while other students were kept from school entirely. The posts had a similar impact at CCIC. Endeavor Academy Administration suspended ▮▮▮▮▮▮ for violating the following District student behavior policy: "Behavior on or off school property that is detrimental to the welfare, safety, or morals of other students or school personnel." (Conduct and Discipline Code JICDA.)

On Friday October 11th the family met with administration. ▮▮▮▮▮▮ and her family were notified of the policy violation and the determined consequence. The family disagreed with the outcome. The meeting concluded with Endeavor providing the contact information for Cherry Creek Legal Offices, as the family indicated that they would seek legal representation.

Monday, October 21st the parent was provided the process to file a complaint under Regulation: JII-R.

Endeavor Academy received the complaint on Tuesday, October 22nd.

October 23rd, after reviewing the evidence, school administration chose uphold the initial 5 day suspension. The parent was called to inform her of the decision. During the conversation both parties discussed the re-entry process for the student to return to school.

*[signature]*



*Dedicated to Excellence*
Cherry Creek Schools

 Gmail     Kelley Moyer <kmccollum.astrahealth@gmail.com>

## Re- Entry Meeting

2 messages

---

**Larson, Matthew E** <mlarson@cherrycreekschools.org>     Thu, Oct 24, 2019 at 10:11 AM
To: "ChadRjohnson75@gmail.com" <ChadRjohnson75@gmail.com>, Kelley Moyer <kmccollum.astrahealth@gmail.com>

Good Morning,

▮▮▮▮▮ is set to return to school tomorrow. I wanted to see if we could set a time or if you would like to bring her in to discuss her return to school. We can meet before school begins if that works for everyone. I suggest 8:15 or 8:30- if those times do not work please let me know a good time for you both.

Thanks,

Sent from Mail for Windows 10

Matthew Larson

Assistant Principal

Endeavor Academy.

720-886-7209

mlarson@cherrycreekschools.org

---

**Kelley Moyer** <kmccollum.astrahealth@gmail.com>     Fri, Oct 25, 2019 at 10:40 AM
To: "Larson, Matthew E" <mlarson@cherrycreekschools.org>

After looking over the letter regarding the complaint/grievance, I noticed some language indicating that the school was suspending ▮▮▮▮▮ for other things not brought to my attention during our first meeting on October 11th, 2019. It references some "posts and contents" to other students. Caroll Duran told me at the meeting on October 11th that ▮▮ was being suspended for the post of the picture regarding ▮▮▮ with a firearm that sent the Aurora PD to the home regarding these firearms. In this letter it seems to refer to additional posts. In order for me to appeal this decision I believe we have the right to know what exactly ▮▮▮▮▮ has been suspended for. Please have the school send, in writing, specifically what Posts, pictures, verbage, writing, sayings, texts online, or behavior they are specifically referring to.
[Quoted text hidden]
--
**Kelley McCollum, L.P.N.**
**Compliance Officer**
**Astra Health Care, Inc.**
**6825 E Tennessee Ave #350**
**phone: 303-270-0000  Fax: 303-736-2028**

**\*\*CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for official use only, for the intended recipient and may contain confidential and privileged information. If you have received this email in error please notify the sender immediately by e-mail and

destroy this message. Email is not a secure form of communication for transmitting Protected Health Information under the HIPAA Privacy Rule. Your use of email to communicate protected health information indicates that you acknowledge and accept the possible risks associated with such communication. Please consider communicating any sensitive information by telephone or fax. If you do not wish to have your information sent by email, please contact the sender immediately.**