# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **A.K.,** a minor, by and through **KELLEY MOYER** | : | |
| Plaintiff | : : : | |
| v. | : : | Civil Action No. – 1:20-cv-00392 |
| **CHERRY CREEK SCHOOL DISTRICT NO. 5,** *et al.*, | : : : | |
| Defendants | : | |

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Having reviewed and considered Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction made pursuant to F.R.C.P. 65 and Local Rule 65.1 and all papers submitted in support and in opposition, and good cause appearing, the Court hereby **ORDERS** as follows:

Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction is GRANTED. Defendants Cherry Creek School District No. 5, Board of Education for the Cherry Creek School District, Scott Siegfried, and Caroll Duran (collectively "Defendants"), and each of their respective employees, officers, agents, representatives, and those acting in concert or participation with them, are hereby **RESTRAINED** and temporarily enjoined from enforcing their policies, practices, and customs inconsistent with the First, Fifth, and Fourteenth Amendments, and are prohibited from taken further disciplinary actions against Plaintiff based on any

future protected speech activities relating to firearms. Defendants are further **RESTRAINED** from releasing to any third parties records or other information indicating that Plaintiff previously violated or was disciplined for violating CCDS Policy JKD-1-E, CCSD Policy JICDA, and/or C.R.S. § 22-33-106(1)(c) based on her protected speech activities.

Plaintiff shall not be required to post a bond.

**SO ORDERED**.


Dated: _____ _____
Hon. Philip A. Brimmer
UNITED STATES DISTRICT JUDGE