# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No.:

       Plaintiff(s),

v.

       Defendant(s).

_____

## INFORMATION FOR TEMPORARY RESTRAINING ORDER
_____

Attorney for Plaintiff: _____

_____ Telephone number: _____

Attorney for Defendant : _____

_____ Telephone number: _____

Concise statement as to type of claim: _____

_____

_____

Jurisdiction (cite statute) _____

Hearing:  See D.C.COLO.LCivR.7.1A

    Date Motion for Temporary Restraining Order filed _____

    Estimated length of hearing _____

    Request hearing be set for _____ today _____ tomorrow _____ within one week

    Reason why immediate action is _____
    _____

Notice:

    Has opposing party and/or attorney been notified? _____Yes _____ No

    If "yes," state when _____and by what means _____

    If "no," state reason _____

**(Rev. 11/04)**