# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **A.K.,** a minor, by and through **KELLEY MOYER**, Plaintiff<br><br>v.<br><br>**CHERRY CREEK SCHOOL DISTRICT NO. 5,** *et al.*, Defendants | Civil Action No. 1:20-cv-00392 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such to all registered users in this case.

Respectfully Submitted,

/s/ Adam Kraut
Adam Kraut, Esq.
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org