IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00392-PAB-NRN

A.K., a minor by and through
KELLEY MOYER,

Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,
BOARD OF EDUCATION FOR THE CHERRY CREEK SCHOOL DISTRICT,
SCOTT SIEGFRIED, in his official capacity
as Superintendent of Cherry Creek School District, and
CAROLL DURAN, in her official capacity as Principal of Endeavor Academy

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is HEREBY ORDERED that the Unopposed Motion for Extension of time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (Dkt. #40), referred to this Court by Chief Judge Philip A. Brimmer (Dkt. #41), is GRANTED for good cause shown.

     The deadline for Defendants to respond to the Amended Complaint is extended to May 21, 2020.

Date: May 8, 2020