IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-00392-PAB-NRN | Date:  May 19, 2020 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| A.K., a minor by and through KELLEY MOYER, | Adam Kraut Raymond DiGuiseppe |
| Plaintiff, | |
| v. | |
| CHERRY CREEK SCHOOL DISTRICT NO. 5, BOARD OF EDUCATION FOR THE CHERRY CREEK SCHOOL DISTRICT, SCOTT SIEGFRIED, in his official capacity as Superintendent of Cherry Creek School District, and CAROLL DURAN, in her official capacity as Principal of Endeavor Academy | Daniel Spivey |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**9:33 a.m.     Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their Motion for Protective Order and proposed Protective Order **on or before May 26, 2020.**

Joinder of Parties/Amendment to Pleadings: **July 5, 2020**

Discovery Cut-off: **January 19, 2021**

Dispositive Motions Deadline: **February 19, 2021**

Each side shall be limited to 6 depositions, excluding experts.
Depositions shall not exceed 7 hours for two deponents, exclusive of experts, all others limited to 4 hours, for each side, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days before close of discovery.

Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **November 20, 2020**
Disclosure of Rebuttal Experts: **December 20, 2020**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**JOINT STATUS REPORT** shall be filed no later than **October 28, 2020**, updating the Court on the status of discovery and if there is anything the parties need to address with the Court.  If there are any outstanding issues, the Court may set a Status Conference.

A **Final Pretrial Conference** is set for **April 20, 2021 at 10:30 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**10:03 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:30

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.