IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00392-PAB-NRN

A.K., a minor by and through KELLEY MOYER,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,
BOARD OF EDUCATION FOR THE CHERRY CREEK SCHOOL DISTRICT,
SCOTT SIEGFRIED, in his official capacity as Superintendent of Cherry Creek School District, and
CAROLL DURAN, in her official capacity as Principal of Endeavor Academy,

    Defendants.

_____

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**
_____

Plaintiff A.K., a minor by and through Kelley Moyer, and Defendants Cherry Creek School District No. 5 ("District"), Board of Education for the Cherry Creek School District, Scott Siegfried, and Caroll Duran, by and through their undersigned attorneys, hereby submit this joint motion for entry of a protective order limiting the disclosure of confidential information. As grounds for this joint motion, the parties state as follows:

    1.    During the course of discovery, the parties will be producing documents that are confidential. As a result, the parties agree that a protective order is warranted to protect the sensitive and confidential nature of such documents.

    2.    The parties have agreed to the terms of a Protective Order, a form of which is attached to this Motion as Exhibit A.

    3.    This lawsuit involves allegations of constitutional violations involving a public

school district and its students. Consequently, the parties anticipate that certain testimony and documents disclosed in this matter may relate to information that is confidential and thereby implicate the common law and statutory privacy interests of current and former District students. Confidential information may include, without limitation, student records, and personal information related to such individuals, e.g. financial or medical records. *See, e.g.,* 22 U.S.C. § 1232g and 34 C.F.R. § 99.3 (Family Educational Rights and Privacy Act (FERPA) and implementing regulations) (prohibiting an educational institution from disclosing personally identifiable information regarding students).

4.      As a result, a protective order is necessary to protect the Plaintiff, Defendants, and other persons not parties to this litigation from annoyance, embarrassment, and oppression.

5.      A protective order permitting information be designated as confidential after a review of the information it contains and based on a good faith belief that the information is confidential or otherwise entitled to protection will "serve the interests of a just, speedy, and less expensive determination of complex disputes by alleviating the need for and delay occasioned by extensive and repeated judicial intervention." *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, 386 (D. Colo. 2000).

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court enter the proposed Protective Order in the form accompanying this motion.

RESPECTFULLY SUBMITTED this 26th day of May, 2020.

THE DIGUISEPPE LAW FIRM, P.C.

By:    *s/ Raymond M. DiGuiseppe*
     Raymond M. DiGuiseppe
     4320 Southport-Supply Road, Suite 300
     Southport, NC 28461
     law.rmd@gmail.com
     *Counsel for Plaintiff*

SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

By:    *s/ Daniel P. Spivey*
     M. Brent Case
     Jonathan P. Fero
     Daniel P. Spivey
     1120 Lincoln Street, Suite 1308
     Denver, CO 80203
     (303) 595-0941
     bcase@semplelaw.com
     jfero@semplelaw.com
     dspivey@semplelaw.com
     *Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 26th day of May, 2020, a correct copy of the foregoing **JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER** was filed via CM/ECF and served on the following:

Adam Kraut, Esq.
Joseph Greenlee, Esq.
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
akraut@fpclaw.org
jgreenlee@fpclaw.org

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com

Eugene Volokh
385 Charles E. Young Dr. E
Los Angeles, CA 90095
volokh@law.ucla.edu

*Attorneys for Plaintiff*

               By: *s/ Kathleen Schmidt*