IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00392-PAB-NRN

A.K., a minor, by and through KELLEY MOYER,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,
BOARD OF EDUCATION FOR THE CHERRY CREEK SCHOOL DISTRICT,
SCOTT SIEGFRIED, in his official capacity as Superintendent of Cherry Creek School District, and
CAROLL DURAN, in her official capacity as Principal of Endeavor Academy,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court *sua sponte*. On April 30, 2020, plaintiff filed Plaintiff's Motion and Supporting Memorandum of Points for Temporary Restraining Order and Preliminary Injunction [Docket No. 35]. The Court denied the motion in part on May 6, 2020 to the extent that plaintiff sought a temporary restraining order. Docket No. 39 at 7. In addition, in order to determine the length of the preliminary injunction hearing, the Court ordered plaintiff to file a witness list for the hearing no later than May 25, 2020. *Id.* at 8. The Court ordered defendants to file their witness list on or before May 27, 2020. *Id.* The Court ordered that counsel shall contact chambers to schedule a preliminary injunction hearing no later than May 29, 2020. *Id.*

    On May 27, 2020, defendants filed their witness list. Docket No. 53. Plaintiff failed to submit her witness list by May 25, 2020. The Court cannot schedule a preliminary injunction hearing without first determining the appropriate length of the hearing, and cannot determine the appropriate length of the hearing without the required information concerning the parties' expected witnesses and estimates of examination time. Wherefore, it is

    **ORDERED** that plaintiff shall file her witness list, using the form found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonPhilipABrimmer.aspx, indicating the witnesses she intends to call at a preliminary injunction hearing and the length of time of her direct examinations no later than **June 1, 2020**. It is further

**ORDERED** that defendants may supplement their witness list no later than **June 3, 2020**.  It is further

**ORDERED** that counsel shall jointly contact Chambers via conference call (303-335-2794) on **June 5, 2020** to schedule a preliminary injunction hearing.

DATED May 28, 2020.