IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00392-PAB-NRN

A.K., a minor by and through KELLEY MOYER,

    Plaintiff,

v.

CHERRY CREEK SCHOOL DISTRICT NO. 5,
BOARD OF EDUCATION FOR THE CHERRY CREEK SCHOOL DISTRICT,
SCOTT SIEGFRIED, in his official capacity as Superintendent of Cherry Creek School District, and
CAROLL DURAN, in her official capacity as Principal of Endeavor Academy,

    Defendants.
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**
_____

    Defendants Cherry Creek School District No. 5, Board of Education for the Cherry Creek School District, Scott Siegfried, and Caroll Duran, by and through their undersigned attorneys, hereby move this Court for an extension of seven days to and including July 2, 2020 to file their reply in support of motion to dismiss:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certifies that he conferred with Plaintiff's counsel, Raymond M. DiGuiseppe, regarding the subject of this motion, and Mr. DiGuiseppe states that Plaintiff is unopposed to the relief requested herein.

    2.    Defendants filed their motion to dismiss on May 21, 2020. (Docket No. 47.)

    3.    Plaintiff filed her response to the motion to dismiss on June 11, 2020.  (Docket No. 58.)

4. Defendants' reply in support of motion to dismiss is currently due on June 25, 2020.

5. This is the first requested extension of time for Defendants to file their reply in support of motion to dismiss.

6. This motion is not sought for the purpose of undue delay, nor will granting of the motion prejudice any party or effect any other deadline in this case.

7. This motion is sought for good cause.

    a. Undersigned counsel is primarily responsible for drafting the Defendants' reply in support of motion to dismiss.

    b. Undersigned counsel is responsible for substantial written and documentary discovery responses and productions due on June 22, 2020 in *Doe v. Roaring Fork School District, et al.*, Case No. 20-cv-184-RBJ in the United States District Court for the District of Colorado; and is primarily responsible for the June 25, 2020 preliminary injunction hearing in this case and the preparations for the hearing.

    c. Counsel's primary client representative for conferral regarding the reply in support of motion to dismiss is out of the office from June 18 through June 24, 2020.

    d. Given the above, undersigned counsel will need additional time to complete the Defendants' reply in support of motion to dismiss.

9. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion has been served on his client.

WHEREFORE, the Defendants request entry of an order granting a seven-day extension of time, through and including July 2, 2020, within which Defendants may file their reply in support of motion to dismiss.

RESPECTFULLY SUBMITTED this 22nd day of June, 2020.

        SEMPLE, FARRINGTON, EVERALL & CASE, P.C.

By:    *s/ Daniel P. Spivey*
     M. Brent Case
     Jonathan P. Fero
     Daniel P. Spivey
     1120 Lincoln Street, Suite 1308
     Denver, CO  80203
     (303) 595-0941
     bcase@semplelaw.com
     jfero@semplelaw.com
     dspivey@semplelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2020, a correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** was filed via CM/ECF and served on the following:

Adam Kraut, Esq.
Joseph Greenlee, Esq.
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
akraut@fpclaw.org
jgreenlee@fpclaw.org

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com


Eugen Volokh
385 Charles E. Young Dr. E
Los Angeles, CA 90095
volokh@law.ucla.edu

*Attorneys for Plaintiff*


By:     *s/ Elaine Montoya*

4