# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **A.K.,** a minor, by and through **KELLEY MOYER**, | : : | |
| Plaintiff | : : | |
| v. | : : | Civil Action No. – 1:20-cv-00392 |
| **CHERRY CREEK SCHOOL DISTRICT NO. 5**, et al., | : : : | |
| Defendants | : | |

### Notice of Withdrawal of Plaintiff's Motion for Preliminary Injunction

Plaintiff, A.K., by and through Kelley Moyer, hereby notifies the Court and all parties that she withdraws her currently pending motion for a preliminary injunction. Plaintiff's counsel already advised counsel for Defendants of this intention yesterday. Plaintiff's withdrawal of this motion obviates the need for the hearing on the merits of the motion, currently scheduled for Thursday, June 25th. As such, Plaintiff requests that the hearing be vacated.

Date: June 23, 2020

Respectfully Submitted,

*/s/ Adam Kraut*
Adam Kraut, Esq.
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
Tel.: (916) 476-2342
Email: akraut@fpclaw.org

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

Attorneys for Plaintiff

1