**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **A.K.,** a minor, by and through **KELLEY MOYER**, | : : | |
| Plaintiff | : : | |
| v. | : : | Civil Action No. – 1:20-cv-00392 |
| **CHERRY CREEK SCHOOL DISTRICT NO. 5**, et al., | : : | |
| Defendants | : | |

**Notice of Voluntary Dismissal of Civil Action**

Plaintiff, A.K., by and through Kelley Moyer, hereby notifies the Court and all parties that she dismisses the above-entitled action pursuant to Rule 41(a)(1)(A)(i), with prejudice.

Date: July 1, 2020

Respectfully Submitted,

*/s/ Adam Kraut*
Adam Kraut, Esq.
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
Tel.: (916) 476-2342
Email: akraut@fpclaw.org

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

Attorneys for Plaintiff